AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LINDA DILLON, on her own behalf and on behalf of her minor daughter, BRITTNEY DILLON,
    Plaintiffs,

V.

THE CITY OF CHICAGO et al.,
    Defendants.

CASE NUMBER: 08 cv 3640

ASSIGNED JUDGE: Gettleman

DESIGNATED MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

Chicago Police Officer Grubbs
Chicago Police Dept.
Office of Legal Affairs
3510 S. Michigan Ave., 5th fl.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 North May St., Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*J. Cervantes*
-----------------------------
(By) DEPUTY CLERK

July 23, 2008
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/24/08 |
| NAME OF SERVER *(PRINT)* RENE CUDAL | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand delivery to Chicago Police officer Grubbs c/o Chicago Police Department, 3510 S. Michigan Ave, 3rd Fl, Chicago, IL 60653

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/24/08
  Date

Signature of Server

1049 N. MARSHFIELD, CHGO IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure