U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Linda Watkins-Dillon, on her own behalf and on behalf of her minor daughter Britney Dillon,
v.
City of Chicago et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Jon Loevy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jon Loevy | |
| FIRM <br> Loevy & Loevy | |
| STREET ADDRESS <br> 312 N. May St., Ste 100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6218254 | TELEPHONE NUMBER <br> 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |